UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARKELL CALLOWAY, )<br>)<br>)<br>Defendant. )<br>) | Criminal Action No. 6:21-CR-042-CHB-HAI-1<br><br>**ORDER ADOPTING RECOMMENDED DISPOSITION ON COMPETENCY** |

*** *** *** ***

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram [R. 45]. The Recommended Disposition addresses whether Defendant Markell Calloway is competent to proceed to trial pursuant to 18 U.S.C. §§ 4241 and 4247(d).

After reviewing the Forensic Report prepared by Dr. Kristen Schramm, Ph.D., [R. 39], and conducting a hearing, [R. 44], Judge Ingram agreed with Dr. Schramm that Defendant is competent to proceed [R. 45 at 5]. Judge Ingram recommended that the Court find that Defendant is competent to face further proceedings, including trial, in this matter [*Id.* at 6].

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United*

- 1 -

*States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

The Recommended Disposition advised the parties that any objections must be filed within three days [R. 45 at 6]. The time to file objections has passed, and neither party has filed any objections to the Recommended Disposition nor sought an extension of time to do so. *See* Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees with the Judge Ingram's Recommended Disposition.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [**R. 45**] is **ADOPTED** as the opinion of this Court.

2. The Court **FINDS** that Markell Calloway is competent to face further proceedings in this matter.

3. The time between July 23, 2021 (the date of the filing of the Motion for Psychiatric Exam as to Markell Calloway) and **the date of this Order** (finding the defendant mentally competent) is **DECLARED** excludable pursuant to 18 U.S.C. § 3161(h)(1)(A); (h)(1)(D); (h)(1)(H). The Court **FINDS** that the period of delay results from a proceeding or examination to determine the mental competency of a defendant and is therefore excludable pursuant to 18 U.S.C. § 3161(h)(1)(A); (h)(1)(D); (h)(1)(H).

This the 27th day of October, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY